CUYAHOGA COUNTY
COMMON PLEAS COURT

Latasha Loper )
Plaintifff. )
P.O. Box 603425 )  COMPLAINT
Cleveland, OH 44103

JOHN D SUTULA   Complaint
CV 18 900633

Vs. )
)
)
Cuyahoga County )
Jane Edna Children and Family Services
Defendant
3955 Euclid Ave.
Cleveland, OH 44115

2018 JUL 12 P 3:06
CLERK OF COURTS
CUYAHOGA COUNTY
FILED

SEE ATTACHMENT

1

7/12/18

To Whom This May Concern:

I Latasha Loper am filing a Civil Complaint on Cuyahoga County Children and Family Services for Discrimination 42 U.S.C.S 2000(d)(e), Intimidation, deprivation of rights 42 U.S.C.S 1983, 1986 Corrupt Activity, Conspiracy, Procedural and Substantive violations of Agency policy, regulations, and procedures. Also Jurisdiction violations.

In May of 2018 Jasmine Ransom was assigned to Assess and Investigate. This authority and Report came from Juvenile Court.

However, the Courts and Ms. Ransom have violated my rights as a parent have seized my son. No one have followed the regulations of Jurisdiction or the 4th amendment and 14th amendment Respecting my rights of parent and families in Relation

7

Jurisdiction Violations have accured in this matter. I am a current resident of Baltimore, Maryland for a year and 5 months.

I have provided valid documentation. Such as, lease, current water, light, and gas bills. Also my child school enrollment History reports from Baltimore, MD.

Intially, after a June 11, 2018 meeting Ms. Ransom and Her Supervisor Ms. Nabriate Chapman stated to me they did not want to proceed because they don't see neglect and we live outside of Cleveland, Ohio's Jurisdiction.

Also on June 15, 2018 Ms. Ransom and Ms. Chapman utimately informed Judge Floyd that Children and family Services do not have Jurisdiction over this matter.

Judge Floyd on June 15, 2018 because of my absent in Court on that day gave Children and Family Service Emergency Custody of my son who was being held for a Misdemeanor Petty theft case I was not there that day due to hardship of traveling with my other

3

toddler children, from Baltimore to Cleveland. This was explained to my child's attorney. However, the Judge still made this abrupt decision.

On June 28, 2018 Ms. Ransom and Ms. Chapman created a falsified, altered information Abuse and Neglect case and Alleged Abuse and Neglect on me without a completed investigation and assessment.

There is no collected merit of information that Ms. Ransom had or had collateral of to enforce this case. Unfounded history was brought up to add and assume things about my Mental Health and my son Corey's Educate in Baltimore.

Because I fused to sign any documents according to my rights to sign this is when the retaliation of creating this case got worse.

Ms. Chapman and Ms. Ransom used no discretional steps of the Agencie policies and procedures in this matter. Furthermore, a facetious, and inappropria

4

plan of action have been put in place. Which have overwhelmed me and my son.

Under the fact that my son have been placed in their control they are deliberately antagonizing my son Corey with putting extreme unecessary steps in place to make Corey uncomfortable with his self. Moreover, humiliate the process until my son is ordered back into my custody.

There have been no case-specific analysis to determine what is necessary and appropriate in this matter.

I have not felt that this Children and Family Service agency is helping me and my son bond or collaborate to establish steps to bring use to a familiar understanding of placing Corey back into my custody.

I have spoken to the Inspector General Office concerning this matter. They are looking and asking how did Children and Family Services move from A and just meeting this family without following proper steps. Court Allegations are considered as an end result not

5

a begin resolution.

On July 9, 10, 11 I called Mr. Darrell Harris which is the Deputy Supervisor for due process complaints/grievances but no return calls for ways to resolve this matter therefore I am depending on following up with court proceeding in this matter.

I spoke to Regins Frazier who is Mr. Darrell Harris's executive Assistant and she have confirmed on July 11, 12 2018 that she do not know the Due process/Grievance procedure. I went through Customer Service who directed me back to Darrell Harris's Office with Regina Frazier.

I have put forth effort by gathering information and leaving Messages for Mr. Harris to please call me back. Ms. Frazier stated on all occassions of our conversation that Mr. Harris will call me but He never called. Therefore I feel they have not given me proper information to exhaust administrative remedies of Children and Family Services involving this matter.

In conclusion I am asking for this case to be investigated for Misconduct Reprimand, Removal of Staff

6

who are causing a major interruption by discriminating on me and my children. Also I am asking for punitive damages for $10 million dollars for mental Anguish.

Respectfully,
Latasha Lopez
Latasha Lopez

I Latasha Loper mother of Corey Davis am filing a report of concern because the named staff have filed an Abuse and Neglect court case on me concerning issues that they do not any evidence of.

I feel they are discriminating 42 U.S.C.S 2000d, intimidation, deprivation of rights 42 U.S.C.S 1983,1986 Corrupt Activity, Conspiracy, and Retaliation.

Ms Ransom, Ms Chapman are completely aware that i do not live in Cleveland, Ohio. I live in Baltimore, Maryland and have provided documents. On June 2018 Ms Ransom and her supervisor Ms Chapman made a discriminating decision to file charges eventhough i live in another Jurisdiction. They have no documents to validate any abuse or neglect concerning my son and they have know documents concerning me.

Ms Ransom brought up an old unfounded case that have no fact. They are completely going against the agencies policies by filing a false, unsubstantiated court case with no real evidence.

On June 15, 2018 my son was being heard on a Misdemeanor Ms Ransom and Ms Chapman both told the Judge Floyd they do not wish to persue any further action concerning me or my son Corey because we live in Baltimore, Maryland and they don't have valid evidence of Abuse and Neglect. Yet because i was in Baltimore on the day of the hearing the Judge abruptly made a decision but she is completely aware i live in Maryland with supporting documents.

I informed my son's lawyer Kelly Donovan why i couldn't be there including the fact that i have 2 other minor toddlers. Corey was abruptly remanded on May 1, 2018 and i had been there in Cleveland with my children until around June 5,2018.

Corey was placed in Carrington by the Judge Floyd. While there on May 9, 2018 he was attacked by a resident who broke my son Jaw in 4 places. I took my son to ER.

A few weeks after the Judge made this decision to give children and family services emergency custody because i was not there on that day, stated she did not have anyone else to release him to.
Ms Ransom and Ms Chapman made their own decision to create a false case on me without following any Regulations and Policies concerning me or My son.

This have created a hostile environment by them interfering with me and my child's life, opportunities, and psychological well-being. They have visited my son while he is being held under Judge Floyd for a Misdemeanor and told him your mother don't have custody of you we are going to send you to a home for placement.

In conclusion, This have seriously disrupted the orderly operation of my parenthood. I am asking for full investigation removal of staff for misconduct and the case dismissed concerning Abuse and Neglect.

I would like to include light, gas and water bill which will show that i live in Baltimore, Maryland.

Respectfully,
Latasha Loper

*/s/ Latasha Loper*

B004862705



**WATER BILL**

Department of Public Works
Division of Customer Support
200 Holliday St. #404
Baltimore, MD 21202

| Account Summary | | | |
|---|---|---|---|
| Account Number | 11000277936 | Previous Balance | $48.18 |
| Property Owner | PG LIVING, LLC | Payments Received | $0.00 |
| | LATASHA LOPER | Payments Returned | $0.00 |
| Service Address | 5900 LACLEDE RD | Balance Forward | $68.80 |
| Property Id | 6042P090 | Installments | $20.62 |
| Bill Date | 06/06/2018 | Current Charges | $29.65 |
| Due Date | 06/26/2018 | Amount Due | $98.45 |
| | | Amount Due After 06/26/2018 | $99.72 |
| | | Actual Balance | $325.26 |

Customer Service (M-F): (410) 396-5398 (8:30 AM – 4:30 PM)
DPW.Billing@baltimorecity.gov
http://publicworks.baltimorecity.gov/
Emergency Service: (410) 396-5352 (24 hrs.)

### Historical Usage

(Bar chart showing CCF usage from Jun '17 through May '18)

| | # Days | Total CCF | Total GAL | Daily Avg. Cons. CCF | Daily Avg. Cons. GAL |
|---|---|---|---|---|---|
| Current Month | 30 | 0 | 0 | 0.000 | 0 |
| Previous Month | 31 | 2 | 1496 | 0.065 | 48 |
| This Period Last Year | | | | | |

### Details of Current Charges — $29.65

| Service Charges | | $29.65 |
|---|---|---|
| Account Management Fee | | $2.98 |
| Infrastructure Charge | | $16.67 |
| Water Consumption Charge | 0 CCF @ 2.484 | $0.00 |
| Sewer Consumption Charge | 0 CCF @ 6.714 | $0.00 |
| Stormwater Fee | | $5.00 |
| Bay Restoration Fee | | $5.00 |

### Meter Reading Details

| Dial # | Meter # | Meter Size | Start Read Date | Start Read | Read Type | End Read Date | End Read | Read Type | Total CCF | Total GAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 79264044 | 5/8" | 04/25/2018 | 138.000 | Actual | 05/25/2018 | 138.000 | Actual | 0 | 0 |

---



Department of Finance
Bureau of Revenue Collections
200 Holliday Street
Baltimore, MD 21202

Service address: 5900 LACLEDE RD

| Return this portion with your payment | B004862705 |
|---|---|
| Account Number | 11000277936 |
| **Amount Due Now** | **$98.45** |
| **Amount Due After 06/26/2018** | **$99.72** |
| Amount Enclosed | $ |

MAKE CHECKS PAYABLE TO:
Director of Finance, Baltimore City

YOU MAY VIEW AND MANAGE YOUR ACCOUNT ONLINE AT HTTP://PUBLICWORKS.BALTIMORECITY.GOV/

PG LIVING, LLC
LATASHA LOPER
5900 LACLEDE RD
BALTIMORE, MD 21206

Revenue Collections
PO Box 17535
Baltimore, MD 21297-1535

4020000098450000000000000000000110002779360000000000000000000000000004